**Kathleen C. Bricken** (State Bar No. 262835)
Email: kathleen.bricken@foster.com
**FOSTER GARVEY PC**
121 SW Morrison Street, Eleventh Floor
Portland, OR 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

**Christopher G. Emch** (State Bar No. 168877)
(*Designated Counsel for Service*)
Email: chris.emch@foster.com
**FOSTER GARVEY PC**
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-4400
Facsimile: (206) 447-9700

Attorneys for Plaintiff WestRock CP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTROCK CP, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>MING'S RESOURCE CORPORATION,<br><br>              Defendant. | Case No. 2:22-cv-00176-WBS-AC<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER**<br><br>Judge:       Hon. William B. Shubb<br><br>Transferred:  January 27, 2022 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF CALIFORNIA:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

WestRock CP, LLC voluntarily dismisses the above-captioned action, with prejudice.  The parties

to the action, including Plaintiff and Defendant Ming's Resource Corporation, hereby stipulate to

the dismissal by and through their counsel of record.

The parties have agreed that each side shall bear its own costs and attorneys' fees.

1    IT IS SO STIPULATED.

2

3    Dated: January 18, 2023

                                        FOSTER GARVEY PC

4
                                        By: /s/ Kathleen C. Bricken
5                                           Kathleen C. Bricken, Esq.
                                            Christopher G. Emch, Esq.
6                                           Attorneys for Plaintiff WestRock CP, LLC

7

8    Dated: January 18, 2023
                                        ELGUINDY, MEYER & KOEGEL, APC
9
                                        By: /s/ Ryan N. Meyer
10                                          Ryan N. Meyer, Esq. (SBN 258400)
                                            Attorneys for Defendant Ming's Resource
11                                          Corporation

12                                          (As authorized by counsel on January 4,
                                            2023)
13

14

15                              **ORDER**

16        Based on the foregoing Stipulation and good cause appearing, IT IS HEREBY

17   ORDERED that the above-captioned action is dismissed in its entirety, with prejudice.  Each side

18   shall bear its own costs and attorneys' fees.

19        IT IS SO ORDERED.

20   Dated:  January 20, 2023
                                        WILLIAM B. SHUBB
21                                      UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28
                                        - 2 -

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; AND PROPOSED ORDER

FG: 100852893.1